In
The

                                                Court
of Appeals

                        Sixth
Appellate District of Texas at Texarkana

 

                                                ______________________________

 

                                                             No. 06-11-00241-CR

                                                ______________________________

 

 

                                     LAQUISHA JOHNSON,
Appellant

 

                                                                V.

 

                                     THE STATE OF TEXAS, Appellee

 

 

                                                                                                  


 

 

                                      On Appeal from the Fourth
Judicial District Court

                                                              Rusk County, Texas

                                                         Trial Court
No. CR08-249

 

                                                       
                                           

 

 

 

                                          Before Morriss, C.J.,
Carter and Moseley, JJ.

                                            Memorandum Opinion by Justice Moseley








                                                      MEMORANDUM OPINION

 

 

            Laquisha Johnson, appellant, has filed with this Court a
motion to dismiss her appeal.  The motion
is signed by Johnson’s counsel.  Attached
to the motion is a letter written by Johnson to her appellate counsel
requesting that the appeal be dismissed. 
As authorized by Rule 42.2, we grant the motion.  See
Tex. R. App. P. 42.2.

            Accordingly,
we dismiss the appeal.

 

 

 

                                                                        Bailey
C. Moseley

                                                                        Justice

 

Date Submitted:          January
3, 2012

Date Decided:             January
4, 2012

 

Do Not Publish